UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

IN ADMIRALTY

| | |
|---|---|
| BEYEL BROTHERS, INC., <br><br> Plaintiff, <br> vs <br><br> M/V MONARCH PRINCESS, a 106 meter cargo vessel, IMO Number 7725374, her engines, machinery, tackle, equipment and appurtenances thereto, *in Rem.* <br><br> Defendant. | CASE NO.: |

**VERIFIED COMPLAINT IN REM**

COMES NOW, Plaintiff, BEYEL BROTHERS, INC., ("BEYEL BROTHERS") by and through its undersigned counsel, and file this, its Verified Complaint *in Rem* against the Defendant Vessel M/V MONARCH PRINCESS, a 106 meter cargo vessel, IMO Number 7725374, her engines, machinery, tackle, equipment and appurtenances thereto, *in rem* ("Vessel" or "Defendant Vessel"), and allege as follows:

**PARTIES, JURSIDICTION & VENUE**

1. This is an *in rem* action within the admiralty and maritime jurisdiction of this Court pursuant to 28 U.S.C. § 1333, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Commercial Instruments and Maritime Liens Act ("CIMLA"), 46 U.S.C. §§ 31301—31343, Rules C and E of the Supplemental Rules for Certain Admiralty and Maritime Claims ("the Supplemental Rules"), and the General Maritime Law of the United States.

2. This *in rem* action is brought against M/V MONARCH PRINCESS, the Defendant Vessel, to foreclose maritime liens for necessaries provided by Plaintiff BEYEL BROTHERS to the Defendant Vessel.

3. Plaintiff, BEYEL BROTHERS is a Florida for-profit corporation with its principal business address located at 550 Cidco Road, Cocoa, Florida 32926.

4. Defendant, M/V MONARCH PRINCESS, is a 1979, 106 meter cargo vessel, IMO Number 7725374, including her engines, tackle, appurtenances, spares, and equipment appertaining whether onboard or not, *in rem*.

5. The United States District Court for the Southern District of Florida, Fort Pierce Division (the "District Court"), has jurisdiction and venue over this *in rem* action, and the subject Vessel, pursuant to 28 U.S.C. §1333(1), 46 U.S.C. §31325, and U.S. Const. Art III, §2, Clause 1, as the Vessel is located within the Southern District of Florida at the Fort Pierce Marine Terminal in Fort Pierce, St. Lucie County, Florida.

## COUNT II – BEYEL BROTHER'S FORECLOSURE OF MARITIME LIEN FOR NECESSARIES

6. BEYEL BROTHERS re-alleges and re-avers the allegations contained in paragraphs 1 – 5 as if fully set forth herein.

7. BEYEL BROTHERS, on the order of the master, owner, or authorized representative of the Vessel, provided the Vessel with particular goods and maritime services useful to the Vessel's operations, that were reasonably needed for the venture in which the Vessel was engaged, including but not limited to dockage, all of which BEYEL BROTHERS is owed by Defendant.

8. As of May 7, 2023, the Vessel owes BEYEL BROTHERS the sum of $632,116.27 for necessaries, with anticipated per diem maritime services, including but not limited to dockage,

and other services accruing on an on-going basis through the date of the arrest. See Account Balance attached hereto as **Exhibit A**.

WHEREFORE, Plaintiff BEYEL BROTHERS, prays as follows:

A.  That all persons claiming any interest in the Vessel may be cited to appear and answer the matters aforesaid that said Vessel may be condemned and sold to pay the demands aforesaid and to pay any other amounts to be paid to Plaintiff, and that Plaintiff have such other and further relief as in law and justice they may be entitled to receive;

B.  That the Maritime Liens on said Vessel be declared to be a valid and subsisting lien against said Vessel, superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever, except such persons, firms or corporations as have preferred maritime liens over said Vessel;

C.  That all persons, firms and corporations claiming any interest in said Vessel are forever barred and foreclosed of all right or equity of redemption or claim of, in, or to said liened Vessel;

D.  That this Court shall direct the manner in which actual notice of the commencement of this suit shall be given by Plaintiff to the master, ranking officer or caretaker of said Vessel, and to any persons, firms or corporations having interest therein;

E.  That judgment be entered for Plaintiff against the Defendant Vessel for necessaries due in the principal amount of $632,116.27 (as of May 7, 2023) for BEYEL BROTHERS plus any additional amounts which accrue prior to arrest, plus penalties, interest, costs, *custodia legis* expenses should Plaintiffs be appointed to serve as substitute custodians, and any other damages which may be recoverable by law;

F.  That the Vessel be condemned and sold to pay the demands aforesaid, together

with all interest, costs, fees and expenses;

      G.      That Plaintiff be authorized to credit bid all or part of their judgment at any Court ordered sale of the Vessel in lieu of cash;

      H.      That the proceeds of the sale of the subject Vessel be disbursed and applied to pay the outstanding amounts due Plaintiffs;

      I.      That Plaintiffs be awarded any other and further relief as this Court may deem just and proper.

              Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

J. Michael Pennekamp
Fla. Bar No. 983454
Email: jmp@fowler-white.com

Christopher B. Smith
Fla. Bar No. 121925
Email: csmith@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

## VERIFICATION

I, Joseph D. Beyel, hereby declare under penalty of perjury pursuant to the laws of the United States of America as follows:

1. My name is Joseph D. Beyel.

2. I am the President of BEYEL BROTHERS, INC., and in such capacity I have knowledge of the matters set forth herein, and make this declaration based upon the same. I have also reviewed the files and records kept in the ordinary course of BEYEL BROTHERS, INC.'s business specifically related to the provision of particular goods and maritime services to M/V MONARCH PRINCESS.

3. Each of the factual statements made in the Complaint are true and correct to the best of my knowledge and belief. They are based upon my own personal knowledge and my review of the files and records kept in the ordinary course of BEYEL BROTHERS, INC.'s business specifically related to the provisions of particular goods and maritime services to M/V MONARCH PRINCESS.

4. In my capacity as President for BEYEL BROTHERS, INC.'s, I also certify that the invoices and accounting records contained in **Exhibit A**, attached hereto, are true, accurate, and authentic copies of business records of BEYEL BROTHERS, INC.  These records are kept by BEYEL BROTHERS, INC. in the regular course of its business, and it was and is the regular practice of employees or representatives of BEYEL BROTHERS, INC., who possess knowledge of the act, event, condition, opinion, or diagnosis recorded to make the Business Records or to transmit such information to be included in the Business Records of the company. Lastly, the Business Records reflected in **Exhibit A** hereto were made at or near the time to the event recorded in the Business Records or reasonably soon thereafter.

5. Pursuant to 28 U.S.C. §1746, I verify under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: April 28, 2023

BEYEL BROTHERS, INC.

By: _____
Name: Joseph D. Beyel
Title: President