# EXHIBIT "A"

Teeters Agency thru 5/7/23

| Invoice # | Date | Amount |
|---|---|---|
| 298044 | 1/30/2022 | $7,841.00 |
| 298470 | 2/6/2022 | $7,891.00 |
| 298718 | 2/13/2022 | $7,841.00 |
| 299104 | 2/20/2022 | $8,714.23 |
| 299356 | 2/27/2022 | $7,841.00 |
| 299597 | 3/6/2022 | $7,947.11 |
| 299926 | 3/13/2022 | $7,841.00 |
| 300277 | 3/20/2022 | $8,219.21 |
| 301260 | 4/10/2022 | $8,315.72 |
| 301539 | 4/17/2022 | $7,841.00 |
| 302476 | 5/8/2022 | $23,423.00 |
| 302749 | 5/15/2022 | $7,841.00 |
| 303390 | 5/29/2022 | $7,841.00 |
| 303611 | 6/5/2022 | $7,841.00 |
| 303625 | 6/5/2022 | $33,050.00 |
| 304319 | 6/19/2022 | $15,632.00 |
| 304478 | 6/26/2022 | $7,841.00 |
| 304813 | 7/3/2022 | $7,841.00 |
| 305106 | 7/4/2022 | $23,423.00 |
| 305791 | 7/31/2022 | $7,841.00 |
| 305792 | 8/1/2022 | $7,841.00 |
| 306198 | 8/8/2022 | $15,632.00 |
| 306806 | 8/22/2022 | $15,632.00 |
| 307319 | 9/5/2022 | $15,632.00 |
| 308011 | 9/19/2022 | $15,632.00 |
| 308499 | 9/29/2022 | $48,280.00 |
| 308369 | 10/3/2022 | $15,632.00 |
| 308857 | 10/17/2022 | $15,632.00 |
| 309528 | 10/31/2022 | $15,632.00 |
| 310377 | 11/11/2022 | $48,280.00 |
| 310378 | 11/11/2022 | $7,841.00 |
| 310105 | 11/14/2022 | $15,632.00 |
| 311289 | 12/5/2022 | $15,632.00 |
| 311506 | 12/19/2022 | $15,632.00 |
| 312026 | 1/2/2023 | $15,632.00 |
| 312396 | 1/16/2023 | $15,632.00 |
| 312996 | 1/30/2023 | $15,632.00 |
| 313500 | 2/13/2023 | $15,632.00 |
| 314079 | 2/27/2023 | $15,632.00 |
| 314724 | 3/13/2023 | $15,632.00 |
| 315202 | 3/27/2023 | $15,632.00 |
| 315689 | 4/10/2023 | $15,632.00 |
| 316302 | 4/24/2023 | $15,632.00 |
| | **TOTAL** | **$632,116.27** |