UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

IN ADMIRALTY

BEYEL BROTHERS, INC.,

    Plaintiff,

vs

M/V MONARCH PRINCESS, a 106 meter cargo vessel, IMO Number 7725374, her engines, machinery, tackle, equipment and appurtenances thereto, *in Rem.*

    Defendant.

CASE NO.: 23-CV-14121 CANNON

## MOTION TO APPOINT SUBSTITUTE CUSTODIAN

COMES NOW, Plaintiff, BEYEL BROTHERS, INC., ("BEYEL BROTHERS"), by and through its undersigned counsel, pursuant to Local Rule 7.1 and Local Admiralty Rule E(10)(c), files this Motion requesting the Court to appoint BEYEL BROTHERS as Substitute Custodian and represents the following:

1. On or about April 28, 2023, BEYEL BROTHERS, initiated the above styled action against M/V MONARCH PRINCESS, a 106 meter cargo vessel, IMO Number 7725374, her engines, machinery, tackle, equipment and appurtenances thereto, *in Rem* ("Vessel").

2. Contemporaneous with the filing of this Motion, Plaintiff filed a Motion for Warrant of Arrest *In Rem* requesting that the Court command the United States Marshal of this District take custody of the Defendant Vessel, and to retain custody of the vessel pending further Order of this Court.

3. Once the warrant is issued, the U.S. Marshal will execute the Warrant of Arrest, thereupon

immediately seizing the Defendant Vessel. Thereafter, continual custody by the Marshal will require the services of one or more keepers at a charge of in excess of One Thousand eighty U.S. Dollars and 00/100 Cents (US $1,080.00) per diem exclusive of dockage and other expenses.

4. The Defendant Vessel is currently located within the district at BEYEL BROTHERS marine terminal at 220 Fisherman's Wharf, Fort Pierce, FL 32950, and subject to the approval of the Court, the Substitute Custodian is prepared to provide security, and routine services for the safekeeping of the vessel at a cost substantially less than that required by the Marshal. The Substitute Custodian has also agreed to continue to provide these services pending further order of this Court.

5. BEYEL BROTHERS has agreed to assume the responsibility for the safekeeping of the Defendant Vessel as the Substitute Custodian.

6. Joseph D. Beyel, President of BEYEL BROTHERS has executed a declaration in which he avers that BEYEL BROTHERS has made adequate arrangements for the care, maintenance, and security of the Vessel. See Declaration attached hereto as **EXHIBIT "A."** In discharging its obligation to care, maintain, and secure the Vessel, the Substitute Custodian shall comply with all orders of the Captain of the Port, United States Coast Guard, including, but not limited to, an order to move the Vessel; and any applicable federal, state, and local law, regulations and requirements pertaining to Vessel and port safety. The Substitute Custodian shall advise the Court, the parties to the action, and the United States Marshal, of the movement of the Vessel pursuant to the Captain of the Port, within twenty-four (24) hours of any Vessel movement.

7. Joseph D. Beyel, in his declaration, also avers that BEYEL BROTHERS possesses

adequate insurance with Liberty Mutual Insurance Company or assets adequate to respond in damages for loss or injury to the Defendant Vessel or for damage sustained by third parties due to any acts, faults, negligence by said custodian. Further, in said declaration, Substitute Custodian accepts, in accordance with the terms of the order, possession of the Defendant Vessel, their engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging which are the subject of the action herein.

8. Plaintiff, BEYEL BROTHERS, in consideration of the Marshal's consent to the substitution of custody, agrees to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the defendant, Vessel, its engines, tackle, apparel, furniture, equipment and other necessaries thereunto appertaining and belonging from the time the Marshal transfers possession of said Vessel over to PORT and further agrees to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the Substitute Custodian's possession and safekeeping. See Consent and Indemnification Agreement in accordance with Local Admiralty Rule E(10)(c)(ii) attached as **EXHIBIT "B."**

WHEREFORE, in accordance with the representations set forth in this instrument, BEYEL BROTHERS requests this Court to enter an order providing that it be appointed the Substitute Custodian for the M/V MONARCH PRINCESS, a 106 meter cargo vessel, IMO Number 7725374, her engines, machinery, tackle, equipment and appurtenances thereto, *in rem* ("Vessel" or "Defendant Vessel"), and for such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

J. Michael Pennekamp
Fla. Bar No. 983454
Email: jmp@fowler-white.com

Christopher B. Smith
Fla. Bar No. 121925
Email: csmith@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Adam B. Cooke
Adam B. Cooke

4