**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| BEYEL BROTHERS, INC. (and Intervening Plaintiffs) | 23-14121 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M/V MONARCH PRINCESS | Civil Sale/Auction |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V MONARCH PRINCESS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

J. Michael Pennekamp
Fowler, White, Burnett, PA
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue, Miami, FL 33131

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FILED BY ___scn___ D.C.
Nov 28, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 954-377-8115
DATE: 11/28/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. D04 | No. D04 | | 11/28/2023 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 11/28/2023 | 12:14 | [X] pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
KIMBERLY ELSHOLZ
Digitally signed by KIMBERLY ELSHOLZ
Date: 2023.11.28 16:06:50 -05'00'

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

On 11/28/2023, an auction was held in front of the Alto Lee Adams, Sr. US Courthouse located at 101 South US Highway 1, Fort Pierce, Florida 34950, for the following vessel:

M/V MONARCH PRINCESS, a 106 meter cargo vessel, IMO Number 7725374, her engines, machinery, tackle, equipment and appurtenances.

The final bid was made by Joseph Beyel in the amount of $265,000.00 (credit bid.)

The Notice of US Marshals Sale was advertised in the St. Lucie New Tribune (St.Lucie County, Florida) on 11/08/2023 and 11/15/2023.

Form USM-285
Rev. 03/21



**U.S. Department of Justice**
United States Marshals Service
*Southern District of Florida*

---

*Gadyaces Serralta*
*U.S. MARSHAL*

*Alto Lee Adams, Sr. U.S. Courthouse*
*101 South US Hwy 1, Ste 2058*
*Fort Pierce, Florida 34950*

# REPORT OF SALE BY UNITED STATES MARSHAL

| | |
|---|---|
| Date of Sale: | November 28, 2023 |
| Case Name: | BEYEL BROTHERS, INC., v M/V MONARCH PRINCESS |
| Case #: | 23-14121-CIV-CANNON |
| Location of Sale: | Alto Lee Adams, Sr., US Courthouse, Fort Pierce, Florida |
| Item for Sale: | M/V MONARCH PRINCESS, a 106 meter cargo vessel, IMO Number 7725374, her engines, machinery, tackle, equipment and appurtenances thereto. |
| SOLD TO: | Joseph BEYEL, President, BEYEL BROTHERS, INC. |
| Sale Price: | $265,000.00 (credit bid) |
| USMS Commission: | $3990.00 |
| Service Fees: | $130.00 |
| Mileage Reimbursement: | $0 |
| Advertising Costs: | $0 |
| Document Preparation: | $20.00 (Bill of Sale) |
| Advertised in: | |
| Total Fees/Costs/Commission: | $4140.00 |

Deputy U.S. Marshal conducting sale:

*/s/ KK Elsholz*

Kimberly Elshölz (for)
<u>Gadyaces Serralta</u>
United States Marshal