UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

IN ADMIRALTY

BEYEL BROTHERS, INC.,

    Plaintiff,

vs

M/V MONARCH PRINCESS, a 106 meter cargo vessel, IMO Number 7725374, her engines, machinery, tackle, equipment and appurtenances thereto, *in Rem*.

    Defendant.

CASE NO.: 23-CV-14121 CANNON

## CLERK'S CONFIRMATION OF SALE

    The records in this action indicate that no objection has been filed to the sale of property conducted by the United States Marshal on November 28, 2023.

    THEREFORE, upon the request of Plaintiff's counsel and in accordance with Local Admiralty Rule E(17)(f), the sale shall stand confirmed as of the date of this filing.

DONE at Miami, Florida, this 6th day of December, 2023.

    K. Pierre
    _____
    CLERK OF COURT
    By: Deputy Clerk

