**U.S. Department of Justice**
United States Marshals Service



# United States Marshal's Bill of Sale

## COURT ORDERED SALE OR FORFEITURE

(Use Form USM-190B for Administrative Forfeitures)

BE IT KNOWN that I, Gadyaces Serralta, United States Marshal for the Southern District of Florida, by virtue of the Order of Sale dated October 16, 2023, and issued by the United States District Court for the Southern District of Florida have on this day sold at Public Auction, or by other lawful means, the following described property, to wit:

M/V Monarch Princess, a 106 meter cargo vessel, IMO Number 7725374, her engines, machinery, tackle, equipment and appurtenances thereto

FILED BY scn D.C.
**Jan 2, 2024**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

to Joseph Beyel, President (Name) of Beyel Brothers, Inc., 550 Cidco Road, Cocoa, FL 32926 (Address).

NOW THEREFORE, and in consideration of payment to me by cash, cashier's or certified check, and/or money order in the amount of $ 265,000 (credit bid), the purchase price and best bid for the above-described property, I hereby sell, transfer and convey, "AS IS," with no guarantees or warranties, express or implied, all right, title and interest in the above-described property that I as United States Marshal am authorized to convey by law to Beyel Brothers, Inc. (Name), the purchaser thereof.

WITNESS, my hand and official seal hereby affixed on this 2nd day of January, 2024,

Gadyaces Serralta, United States Marshal.

By: Kimberly K. Elsholz  /s/ Kimberly K Elsholz
(Deputy United States Marshal)

Case # 23-CV-14121 CANNON