UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

IN ADMIRALTY

BEYEL BROTHERS, INC.,

    Plaintiff,

RENE ALVARADO, ANDONY MELENDEZ, JADISHA ALVAREZ, DAVID RODRIGUEZ, FRANCISCO BRAVO, SLAUTIN IEVGEN, BUZILE GEORGII, MUZYCHKO OLEKSII, MEJIA ARTURO, MUNOZ JAIR, PELIKHOVSKY OLEKSANDR, BIELOVODOV DMYTRO, SOBCHENKO VADYM, LAMBERT JOEL, RUDENKO DMYTRO, BOHOMOLOV ANDRII, CANALES JUAN, STANLEY ARZU and PAUL NATHAN,

Intervening Plaintiffs,

vs

M/V MONARCH PRINCESS, a 106 meter cargo vessel, IMO Number 7725374, her engines, machinery, tackle, equipment and appurtenances thereto, *in Rem.*

Defendant.

CASE NO.: 23-CV-14121 CANNON

## JOINT STATUS REPORT

COMES NOW, Plaintiff, BEYEL BROTHERS, INC., ("Plaintiff"), and the Crew Intervening Plaintiffs, by and through their respective undersigned attorneys, pursuant to this Court's Order (Doc. No. 53), and provides the Court with the following Status Report regarding the sale of the Vessel, the priority and/or entitlement to any funds, and any additional matters as follows:

CASE NO.: 23-CV-14121 CANNON

1. The Vessel was sold via credit bid to Plaintiff / Substitute Custodian BEYEL BROTHERS, INC.

2. There are no funds left over and the *in rem* claims against the Vessel have been extinguished by the sale of the Vessel.

3. The Marshal's commissions has been paid.

4. There is nothing further to be done in the instant lawsuit and the case may be closed.

Respectfully submitted,

/s/ Michael C. Black
Michael C. Black, Esquire
F.B.N. 0056162
mblack@marlaw.com

MICHAEL C. BLACK, P.A.
The Greenery Mall at Dadeland
7700 North Kendall Drive, Suite 305
Miami, Florida 33156
Telephone:    (305) 271-8301
Facsimile:     (305) 271-8302
Attorneys for Intervening Plaintiffs

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

J. Michael Pennekamp
Fla. Bar No. 983454
Email: jmp@fowler-white.com

Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:     (305) 789-9201

2

FOWLER WHITE BURNETT P.A. • 200 EAST LAS OLAS BOULEVARD, SUITE 2000 – PENTHOUSE B, FORT LAUDERDALE, FL 33301• (954) 377-8100

CASE NO.: 23-CV-14121 CANNON

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/ Adam B. Cooke
                                              Adam B. Cooke

FOWLER WHITE BURNETT P.A. • 200 EAST LAS OLAS BOULEVARD, SUITE 2000 – PENTHOUSE B, FORT LAUDERDALE, FL 33301• (954) 377-8100