UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
IN ADMIRALTY

CASE NO. 23-14121-CIV-CANNON

**BEYEL BROTHERS, INC.,**

 Plaintiff,

and

**RENE ALVARADO, ANDONY MELENDEZ,
JADISHA ALVAREZ, DAVID RODRIGUEZ,
FRANCISCO BRAVO, SLAUTIN IEVGEN,
BUZILE GEORGII, MUZYCHKO OLEKSII,
MEJIA ARTURO, MUNOZ JAIR, PELIKHOVSKY
OLEKSANDR, BIELOVODOV DMYTRO,
SOBCHENKO VADYM, LAMBERT JOEL,
RUDENKO DMYTRO, BOHOMOLOV ANDRII,
CANALES JUAN, STANLEY ARZU,** and **PAUL NATHAN,**

 Intervening Plaintiffs,

v.

**M/V MONARCH PRINCESS,**
a 106 meter cargo vessel,
IMO Number 7725374, her engines,
machinery, tackle, equipment and
appurtenances thereto, *in Rem*,

 Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon the parties' Joint Status Report [ECF No. 54], filed on February 1, 2024. The parties state that, following the sale of the Vessel to Plaintiff on January 2, 2024 [*see* ECF No. 52] and payment of the U.S. Marshal's commission, the *in rem* claims against the Vessel have been extinguished, and no funds remain [ECF No. 54]. The parties

CASE No. 23-14121-CV-CANNON

further provide that "[t]here is nothing further to be done in the instant lawsuit and the case may be closed" [ECF No. 54 p. 2 ¶ 4].  Accordingly, this case is **DISMISSED**.

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of March 2024.

                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record